**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald J. Kuban<br>Shirley J. Kuban<br><br>  <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-23352 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6205

                                               Respectfully submitted,

                                               **/s/ Joshua I. Goldman, Esquire**
                                               Joshua I. Goldman, Esquire
                                               jgoldman@kmllawgroup.com
                                               Attorney I.D. No. 205047
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               Phone: 215-825-6306
                                               Fax: 215-825-6406
                                               Attorney for Movant/Applicant