# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** DONALD J. & SHIRLEY J. KUBAN
- **Case Number:** 15-23352-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 11, 2016 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#14 - Continued Confirmation of Plan Dated 10/4/2015 (NFC)
R / M #: 14 / 0

*Appearances:*

Debtor: Wills

Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _Oct 13, 2016_ at _3:00 pm_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

[Handwritten notes: "Mt. to approved loan mod pending. Plan incorporating mod is filed 8/3/2016 plan may not have been served."]

RECEIVED 2016 AUG 11 PM 2:07 US BANKRUPTCY COURT