# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-23352-GLT |
| | : | |
| Donald J. Kuban and | : | Chapter 13 |
| Shirley J. Kuban, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated August 12, 2016 (Order Setting Hearing on Amended Plan), and Amended Plan Dated August 3, 2016* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated August 14, 2016                  Executed by:   /s/ Lawrence W. Willis
                                                                       Lawrence W. Willis, Esquire
                                                                       Willis & Associates
                                                                       201 Penn Center Blvd
                                                                       Pittsburgh, PA 15235
                                                                       Tel: 412.825.5170
                                                                       Fax: 412.823.2375

MATRIX

Donald & Shirley Kuban
517 Stewart Street
Turtle Creek, PA 15145

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

COMENITYCAPITAL/DENTAL FIR
PO Box 182120
Columbus, OH 43218-2120

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Home Finance LLC
PO Box 24696
Columbus, OH 43224-0696

Deutsche Bank National Trust Company
Nationstar Mortgage LLC
PO Box 619096|Dallas TX 75261-9096

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

JPMorgan Chase Bank, National Association
Chase Records Center
ATTN: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Real Time Resolutions
1349 Empire Central Dr
Ste 150|Dallas, TX 75247-4029

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

THE CBE GROUP INC
131 Tower Park Dr Ste 100
PO Box 900
Waterloo, IA 50704-0900

WILSHIRE CREDIT CORPORATIO
450 American St
Simi Valley, CA 93065-6285