**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-23352-GLT |
| | : | |
| **Donald J. Kuban and** | : | |
| **Shirley J. Kuban,** | : | CHAPTER 13 |
| Debtors | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Donald J. Kuban and** | : | |
| **Shirley J. Kuban,** | : | Related to Document No. 59 |
| Movants | : | |
| | : | Hearing Date and Time: |
| vs. | : | August 31, 2016 at 10:00 AM |
| | : | |
| **Nationstar Mortgage LLC,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional | : | |
| Respondent | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE LOAN MODIFICATION AGREEMENT FILED AT DOCKET NO. 59**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on August 3, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 22, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>August 23, 2016</u>                    By: <u>/s/ Lawrence Willis Esquire</u>
                                                                        Lawrence W Willis, Esquire
                                                                        PA I.D. # 85299
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Pittsburgh, PA 15235
                                                                        Tel: 412.825.5170
                                                                        Fax: 412.823.2375
                                                                        lawrencew@urfreshstrt.com
                                                                        Attorney for Debtors