# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-23352-GLT |
| | : | |
| **Donald J. Kuban and** | : | |
| **Shirley J. Kuban,** | : | CHAPTER 13 |
| Debtors | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **Donald J. Kuban and** | : | |
| **Shirley J. Kuban,** | : | **Related to Document No. 67** |
| Movants | : | |
| | : | **Hearing Date and Time:** |
| vs. | : | |
| | : | |
| **Nationstar Mortgage LLC,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional | : | |
| Respondent | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **CERTIFICATE OF SERVICE**

I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Dated August 24, 2016, Granting the Application for Loan Modification on the parties at the addresses on the attached matrix by first class mail\*.

EXECUTED ON: August 25, 2016            By:    /s/ Lawrence Willis
                                                Lawrence W Willis, Esquire
                                                PA I.D. # 85299
                                                Willis & Associates
                                                201 Penn Center Blvd
                                                Pittsburgh, PA 15235
                                                Tel: 412.825.5170
                                                Fax: 412.823.2375
                                                Email: lawrencew@urfreshstrt.com
                                                Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

## MATRIX

Donald J. Kuban Shirley J. Kuban
517 Stewart St,
Turtle Creek, PA 15145

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 1521

Nationstar Mortgage LLC
Attn jay Bray CEO
PO Box 619094
Dallas TX 75261-9741

Nationstar Mortgage LLC
PO Box 619096
Dallas TX 75261-9741

Bryan S Fairman
Aldridge Pite LLP
4375 Jutland Dr Suite 200
Po Box 17933
San Diego CA 92177

Robert Williams Esq
Milstead & Associates LLC
1 E Stow Rd
Marlton NJ 08053