# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Donald J. Kuban** | : | Case No. 15−23352−GLT |
| **Shirley J. Kuban** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Deutsche Bank National Trust company, as | : | |
| Trustee for Merrill Lynch Mortgage Investors | : | Related to Claim No. 3 |
| Trust, Mortgage Loan Asset−Backed Certificates, | : | |
| Series 2005−AR1 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Donald J. Kuban | : | |
| Shirley J. Kuban | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **26th day of August, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Deutsche Bank National Trust company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset−Backed Certificates, Series 2005−AR1* at Claim No. 3 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald J. Kuban
Shirley J. Kuban
    Debtors

Case No. 15-23352-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: jbre   Page 1 of 1   Date Rcvd: Aug 26, 2016
Form ID: 237   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db/jdb    +Donald J. Kuban,   Shirley J. Kuban,   517 Stewart St,   Turtle Creek, PA 15145-1938
aty       +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
           Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
       pawb@fedphe.com, joseph.schalk@phelanhallinan.com
      Lawrence W. Willis    on behalf of Debtor Donald J. Kuban help@urfreshstrt.com,
       urfreshstrt@gmail.com
      Lawrence W. Willis    on behalf of Joint Debtor Shirley J. Kuban help@urfreshstrt.com,
       urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                             TOTAL: 8