**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 15-23352-GLT** |
| **Donald J. Kuban and** | : | |
| **Shirley J. Kuban,** | : | |
| **Debtors** | : | **Chapter No. 13** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 72** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **September 28, 2016 at 10:00 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 72

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on August 29, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than September 15, 2016.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: September 16, 2016                    By: /s/ Lawrence Willis Esquire
                                             Lawrence W Willis, Esquire
                                             PA I.D. # 85299
                                             Willis & Associates
                                             201 Penn Center Blvd
                                             Pittsburgh, PA 15235
                                             Tel: 412.825.5170
                                             Fax: 412.823.2375
                                             lawrencew@urfreshstrt.com
                                             Attorney for Debtors