## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald J. Kuban and Shirley J. Kuban<br>         <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-23352 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6205

                                      Respectfully submitted,

                                      **/s/ James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      jwarmbrodt@kmllawgroup.com
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: 215-825-6306
                                      Fax: 215-825-6406
                                      Attorney for Movant/Applicant