FILED
5/8/18 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23352-GLT |
| **Donald J. Kuban** ) | |
| **Shirley J. Kuban** ) | |
| ) | |
| ) | |
| **Debtor** ) | Chapter 13 |
| ) | Related to Dkt. Nos. 78, 61 and 90 |
| ) | |

### CONSENT ORDER MODIFYING OCTOBER 17, 2016 ORDER

AND NOW, this 8th day of May, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated October 17, 2016 it is

ORDERED that Part "1.A." be amended to add that the monthly periodic plan payment is decreased to $1500.00 beginning May, 2018;

The October 17, 2016 order otherwise remains in full force and effect.

BY THE COURT:

_____
Gregory  Taddonio    cgt
U.S. BANKRUPTCY JUDGE

Case Administrator to serve:  All Parties Listed On The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald J. Kuban
Shirley J. Kuban
    Debtors

Case No. 15-23352-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2     Date Rcvd: May 09, 2018
                 Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
```
db/jdb         +Donald J. Kuban,    Shirley J. Kuban,    517 Stewart St,    Turtle Creek, PA 15145-1938
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +Deutsche Bank National Trust Company, as Trustee f,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14105869       +COMENITYCAPITAL/DENTAL FIR,    PO Box 182120,    Columbus, OH 43218-2120
14105868       +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
14136623       +Deutsche Bank National Trust Company,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
14140794       +JPMorgan Chase Bank, National Association,    Chase Records Center,    ATTN: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14105870      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
14105871       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14105873       +THE CBE GROUP INC,    131 Tower Park Dr Ste 100,    PO Box 900,    Waterloo, IA 50704-0900
14105874       +WILSHIRE CREDIT CORPORATIO,    450 American St,    Simi Valley, CA 93065-6285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14126452       +E-mail/Text: bankruptcy@cavps.com May 10 2018 02:25:27     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14178515       +E-mail/Text: kburkley@bernsteinlaw.com May 10 2018 02:25:50     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14149416        E-mail/Text: bnc-quantum@quantum3group.com May 10 2018 02:24:39
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14105872       +E-mail/Text: bkdepartment@rtresolutions.com May 10 2018 02:25:22     Real Time Resolutions,
                 1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
14118462        E-mail/Text: bkdepartment@rtresolutions.com May 10 2018 02:25:22
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                               TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, Et Al...
cr             Duquesne Light Company
cr             JPMorgan Chase Bank, National Association
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: dkam              Page 2 of 2                  Date Rcvd: May 09, 2018
                              Form ID: pdf900         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association jschalk@barley.com, sromig@barley.com
        Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al... bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Joint Debtor Shirley J. Kuban ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
        Lawrence W. Willis    on behalf of Debtor Donald J. Kuban ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 10