Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Donald J. Kuban** : | Case No. 15−23352−GLT |
| **Shirley J. Kuban** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 99 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/13/21 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 27th of October, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 99 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before December 11, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *January 13, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23352-GLT |
| Donald J. Kuban | Chapter 13 |
| Shirley J. Kuban | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Kuban, Shirley J. Kuban, 517 Stewart St, Turtle Creek, PA 15145-1938 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14105869 | + | COMENITYCAPITAL/DENTAL FIR, PO Box 182120, Columbus, OH 43218-2120 |
| 14136623 | + | Deutsche Bank National Trust Company, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 14105870 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14105871 | + | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14105873 | + | THE CBE GROUP INC, 131 Tower Park Dr Ste 100, PO Box 900, Waterloo, IA 50704-0900 |
| 14105874 | + | WILSHIRE CREDIT CORPORATIO, 450 American St, Simi Valley, CA 93065-6285 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126452 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14178515 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14105868 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:12:21 | Chase Home Finance LLC, PO Box 24696, Columbus, OH 43224 |
| 14140794 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | JPMorgan Chase Bank, National Association, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14149416 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14105872 | + | Email/Text: bkdepartment@rtresolutions.com | Oct 28 2020 02:26:00 | Real Time Resolutions, 1349 Empire Central Dr, Ste 150, Dallas, TX 75247-4029 |
| 14118462 | | Email/Text: bkdepartment@rtresolutions.com | Oct 28 2020 02:26:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 17 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, Et Al... |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | Real Time Resolutions Inc, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| jdb | *+ | Shirley J. Kuban, 517 Stewart St, Turtle Creek, PA 15145-1938 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Deutsche Bank National Trust Company  Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank  National Association jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Deutsche Bank National Trust Company  Et Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com |
| Lawrence W. Willis | on behalf of Joint Debtor Shirley J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Donald J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com |

TOTAL: 12