**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONALD J. KUBAN<br>SHIRLEY J. KUBAN<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:15-23352<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/11/2015 and confirmed on 11/20/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,228.00 |
| Less Refunds to Debtor | 10,474.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,753.55 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,125.00 | |
|    Trustee Fee | 4,416.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,541.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 14,272.20 | 14,272.20 | 0.00 | 14,272.20 |
|     Acct: 3504 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6205 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 27,427.43 | 0.00 | 27,427.43 |
|     Acct: 5646 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 4,757.49 | 4,757.49 | 0.00 | 4,757.49 |
|     Acct: 6205 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 16,103.39 | 0.00 | 16,103.39 |
|     Acct: 6205 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6205 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3504 | | | | |
| | | | | 62,560.51 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD J. KUBAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD J. KUBAN | 10,474.45 | 10,474.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 8,875.00 | 8,875.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-16 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ASPEN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |

15-23352                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 1,679.33 | 1,679.33 | 0.00 | 1,679.33 |
|   Acct: 1035 | | | | |
|   CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 6,277.71 | 6,277.71 | 0.00 | 6,277.71 |
|   Acct: 7044 | | | | |
|   DUQUESNE LIGHT COMPANY* | 694.95 | 694.95 | 0.00 | 694.95 |
|   Acct: 6155 | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6205 | | | | |
|   HOMEWARD RESIDENTIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0043 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   WILSHIRE CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| | | | | 8,651.99 |

TOTAL PAID TO CREDITORS                                                                   71,212.50

  TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        19,029.69
  UNSECURED       8,651.99


Date: 10/26/2020                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DONALD J. KUBAN
    SHIRLEY J. KUBAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23352

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Donald J. Kuban  
Shirley J. Kuban  
    Debtor(s)

Case No. 15-23352-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 2  
Date Rcvd: Oct 27, 2020     Form ID: pdf900     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Kuban, Shirley J. Kuban, 517 Stewart St, Turtle Creek, PA 15145-1938 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14105869 | + | COMENITYCAPITAL/DENTAL FIR, PO Box 182120, Columbus, OH 43218-2120 |
| 14136623 | + | Deutsche Bank National Trust Company, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 14105870 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14105871 | + | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14105873 | + | THE CBE GROUP INC, 131 Tower Park Dr Ste 100, PO Box 900, Waterloo, IA 50704-0900 |
| 14105874 | + | WILSHIRE CREDIT CORPORATIO, 450 American St, Simi Valley, CA 93065-6285 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126452 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14178515 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14105868 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:14:05 | Chase Home Finance LLC, PO Box 24696, Columbus, OH 43224 |
| 14140794 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:12:21 | JPMorgan Chase Bank, National Association, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14149416 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14105872 | + | Email/Text: bkdepartment@rtresolutions.com | Oct 28 2020 02:26:00 | Real Time Resolutions, 1349 Empire Central Dr, Ste 150, Dallas, TX 75247-4029 |
| 14118462 | | Email/Text: bkdepartment@rtresolutions.com | Oct 28 2020 02:26:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 15-23352-GLT    Doc 104    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 17 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, Et Al... |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | Real Time Resolutions Inc, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| jdb | *+ | Shirley J. Kuban, 517 Stewart St, Turtle Creek, PA 15145-1938 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Deutsche Bank National Trust Company Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank National Association jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Deutsche Bank National Trust Company Et Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com |
| Lawrence W. Willis | on behalf of Joint Debtor Shirley J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Donald J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com |

TOTAL: 12