Certificate Number: 05781-PAW-DE-035117895

Bankruptcy Case Number: 15-23352



05781-PAW-DE-035117895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2020, at 10:24 o'clock AM PST, Donald Kuban completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 24, 2020          By:   /s/Allison M Geving

                                   Name: Allison M Geving

                                   Title: President