**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  15-23352-GLT |
| | : | |
| Donald J. Kuban and | : | Chapter 13 |
| Shirley J. Kuban, | : | |
|     Debtors | : | |
| | : | |
| Donald J. Kuban and | : | |
| Shirley J. Kuban, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 27, 2020 and December 3, 2020 at docket numbers 106 and 108, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. The Debtor-Husband was excused from the course.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 3, 2020                By:    /s/ Lawrence Willis
                                              Lawrence W Willis, Esquire
                                              PA I.D. # 85299
                                              Willis & Associates
                                              201 Penn Center Blvd
                                              Pittsburgh, PA 15235
                                              Tel: 412.235.1721
                                              Fax: 412.542.1704
                                              Email: lawrencew@urfreshstrt.com
                                              Attorney for Debtors

**PAWB Local Form 24 (07/13)**