**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/18/20 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DONALD J. KUBAN
  SHIRLEY J. KUBAN
         Debtor(s)

  Ronda J. Winnecour
         Movant
     vs.
  No Repondents.

Case No.:15-23352

Chapter 13

Related to Dkt. No. 99

ORDER OF COURT

  AND NOW, this  18th  day of  December 2020,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23352-GLT |
| Donald J. Kuban | Chapter 13 |
| Shirley J. Kuban | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald J. Kuban, Shirley J. Kuban, 517 Stewart St, Turtle Creek, PA 15145-1938 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14105869 | + | COMENITYCAPITAL/DENTAL FIR, PO Box 182120, Columbus, OH 43218-2120 |
| 14136623 | + | Deutsche Bank National Trust Company, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 14105870 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 14105873 | + | THE CBE GROUP INC, 131 Tower Park Dr Ste 100, PO Box 900, Waterloo, IA 50704-0900 |
| 14105874 | + | WILSHIRE CREDIT CORPORATIO, 450 American St, Simi Valley, CA 93065-6285 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126452 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2020 05:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14178515 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14105868 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:41:52 | Chase Home Finance LLC, PO Box 24696, Columbus, OH 43224 |
| 14140794 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:41:52 | JPMorgan Chase Bank, National Association, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14105871 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2020 05:14:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15265 |
| 14149416 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 05:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14105872 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 22 2020 05:16:00 | Real Time Resolutions, 1349 Empire Central Dr, Ste 150, Dallas, TX 75247-4029 |
| 14118462 | | Email/Text: bkdepartment@rtresolutions.com | Dec 22 2020 05:16:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 8

Case 15-23352-GLT    Doc 114    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, Et Al... |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | Real Time Resolutions Inc, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Deutsche Bank National Trust Company Et Al... andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank National Association jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Deutsche Bank National Trust Company Et Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lawrence W. Willis | on behalf of Joint Debtor Shirley J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Donald J. Kuban ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com |

District/off: 0315-2 User: culy Page 3 of 3
Date Rcvd: Dec 21, 2020 Form ID: pdf900 Total Noticed: 17
TOTAL: 12